# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BRUCE RHYNE AND JANICE RHYNE | : | No. 143 EAL 2017 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| EXXON MOBIL CORPORATION, THE SAVOGRAN COMPANY, ACUITY SPECIALTY PRODUCTS GROUP INC., TURTLE WAX, INC., SAFETY-KLEEN SYSTEMS, INC., UNIVAR USA, INC., ASHLAND INC., CRC INDUSTRIES INC., CHEVRON U.S.A., INC., KANO LABORATORIES, INC., CHEMTURA CORPORATION, UNITED STATES STEEL CORPORATION, RADIATOR SPECIALTY COMPANY | : | |
| | : | |
| PETITION OF: HUNT REFINING COMPANY | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 5th day of September, 2017, the Petition for Allowance of Appeal and the Uncontested Application for Stay of Review filed by Petitioner Hunt Refining Company are **DENIED.**